JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DAVID VILLA, | Case No. 2:21-cv-07304-ODW (SHK) |
| Petitioner, | |
| v. | **JUDGMENT** |
| W.L. MONTGOMERY, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: April 19, 2022

HONORABLE OTIS D. WRIGHT, II
United States District Judge